743

**SUFFOLK SECURITIES CORPORATION, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

No. 179.

Circuit Court of Appeals, Second Circuit.

June 19, 1942.

Loring M. Black, of New York City, for petitioner.

Archibald Cox, of Washington, D. C., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

The chief question upon this appeal turns on Post's purpose in allowing the money to accumulate in the taxpayer's treasury; that was a question of fact as to which there was substantial evidence to support the finding of the Board.

The deductions claimed were likewise correctly disallowed; they were either deductible in other years, or not deductible at all. The result as to them also depended upon questions of fact and there was substantial evidence to support the Board's findings.

Order affirmed.

**George White THUNDER, Appellant, v. UNITED STATES of America.**

No. 12271.

Circuit Court of Appeals, Eighth Circuit.

May 15, 1942.

George White Thunder, pro se.

George Philip, U. S. Atty., of Rapid City, S. D., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed without taxation of costs in favor of either of the parties in this Court.

**UNITED STATES, Appellee, v. Murray R. SPIES, Appellant.**

No. 280.

Circuit Court of Appeals, Second Circuit.

June 19, 1942.

David V. Cahill, of New York City, for appellant.

Edward J. Behrens, of New York City, for the appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

The only question upon this appeal of enough importance to demand notice is the judge's charge, which followed the interpretation put upon § 145(b), 26 U.S.C.A. Int.Rev. Code, in O'Brien v. United States, 7 Cir., 51 F.2d 193, which we followed in United States v. Miro, 60 F.2d 58. We all agree that we must continue so to construe the section until the Supreme Court decides otherwise; but Judge L. HAND wishes it to appear that as a new matter he would decide otherwise, and would reverse this conviction in accordance with the reasoning of Judge Alschuler's dissent in O'Brien v. United States, supra, which appears to him unanswerable.

Conviction affirmed.

**UNITED STATES of America, Appellant, v. CERTAIN LAND SITUATE IN COUNTY OF WAYNE, STATE OF MISSOURI, etc., et al.**

No. 12306.

Circuit Court of Appeals, Eighth Circuit.

May 27, 1942.

Harry C. Blanton, U. S. Atty., and M. Walker Cooper, Sp. Asst. U. S. Atty., both of St. Louis, Mo., for appellant.